# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

Joliva Stanley,

          Plaintiff,

vs.

New England Compounding Pharmacy, Inc.
d/b/a New England Compounding Center,

          Defendant
_____

CIVIL NO. 12-2938 (JRT/LIB)

**RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") submits its Disclosure Statement.

NECC does not have any parent corporation, and no publicly held corporation owns 10% of more of NECC's stock.

Dated: December 27, 2012

**BOWMAN AND BROOKE LLP**

   */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard(#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:    612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING
PHARMACY, INC. d/b/a New England Compounding Center*

## CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

   */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.672.3229
Facsimile:     612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*