UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

Joliva Stanley,                                             )   CIVIL NO. 12-2938 (JRT/LIB)
                                                                  )
               Plaintiff,                            )
                                                                  )
vs.                                                              )
                                                                  )
New England Compounding Pharmacy, Inc.   )
d/b/a New England Compounding Center,       )
                                                                  )
               Defendant                           )
_____

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
      Kim M. Schmid (#1030600)
      Alana K. Bassin (#266589)
      Molly J. Given (#0387713)
      Jennifer L. Bullard (#0391210)
      150 South Fifth Street, Suite 3000
      Minneapolis, MN 55402
      Telephone:   612.672.3229
      Facsimile:    612.672.3200
      kim.schmid@bowmanandbrooke.com
      alana.bassin@bowmanandbrooke.com
      molly.given@bowmanandbrooke.com

jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: 612.672.3229
Facsimile: 612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*